Bernhardt Jackson, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Jamaica Water Supply Company, Respondent, v. John Hill, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw his demurrer and answer upon payment of costs. No opinion. Thomas, Carr, Woodward and Rich, JJ., concurred; Jenks, P. J., dissented.

Emma T. Keys, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $3,500, in which event the judgment as so modified, and the order, are unanimously affirmed, without costs of this appeal. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Henry Koper and Others, Copartners, etc., Respondents, v. Martin Eymer, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. · No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Edward A. Maass, Respondent, v. Bernhard Tietz, Appellant, Impleaded with Others. (Action No. 1.) — Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Edward A. Maass, Respondent, v. Bernhard Tietz, Appellant, Impleaded with Others. (Action No. 2.) — Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Ignacio Martinetti, Respondent, v. Al H. Woods and Others, Appellants. — Judgment and order affirmed, with costs. No opinion. Thomas, Carr and Woodward, JJ., concurred; Jenks, P. J., and Rich, J., dissented.

Stephen J. McEnearney, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order of the County Court of Richmond county reversed, and new trial ordered, costs to abide the event, upon the ground that the evidence fails to show that plaintiff was free from contributory negligence. Jenks, P. J., Burr, Thomas and Carr, JJ., concurred; Hirschberg, J., dissented.

Henry J. Pase, Respondent, v. Julia Bernheimer, Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery to the sum of $500, in which event the judgment, as modified, and the order are affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Carmela Puricelli, Respondent, v. Alessandro Barabini, as Administrator, etc., of Gioachino Barabini, Deceased, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.